Warren W. ARCHBOLD, and George Edward Archbold, Administrator of the Estate of Blanche E. Archbold, Appellants,

v.

UNITED STATES of America.

No. 13999.

United States Court of Appeals Third Circuit.

Argued Dec. 4, 1962.

Decided Jan. 9, 1963.

Rehearing Denied Jan. 29, 1963.

Leopold Frankel, Paterson, N. J. (Frankel & Frankel, Paterson, N. J., on the brief) for plaintiffs-appellants.

Stephen B. Wolfberg, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., David M. Satz, Jr., U. S. Atty., Vincent J. Commisa, Asst. U. S. Atty., on the brief), for appellee.

Before BIGGS, Chief Judge, STALEY, Circuit Judge, and LEAHY, District Judge.

PER CURIAM.

A careful examination of the record in this case and consideration of the oral arguments and the briefs of the parties convince us that the decision of the court below and its reasoning were correct. Accordingly the judgment will be affirmed upon the succinct opinion of Judge Meaney, D. C., 201 F.Supp. 329.

William H. WILSON and Adriana J. Wilson, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 13991.

United States Court of Appeals Third Circuit.

Argued Dec. 3, 1962.

Decided Jan. 9, 1963.

Herbert C. Klein, Passaic, N. J., for petitioners.

Michael K. Cavanaugh, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Charles B. E. Freeman, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before BIGGS, Chief Judge, STALEY, Circuit Judge, and LEAHY, District Judge.

PER CURIAM.

We have examined the opinion of the Tax Court and can perceive no error in either the statement of operative facts or in the application of the law thereto. Consequently the decision will be affirmed.